UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DR. MARCO BITETTO,

                            Plaintiff,

    -v-                                1:18-CV-1178
                                       (DNH/DJS)

TIM COOK on behalf of Apple, Inc.,

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

MARCO BITETTO
Plaintiff pro se
4 Fourth Avenue
Rensselaer, NY 12144


DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Pro se plaintiff Dr. Marco Bitetto brought this civil action on October 1, 2018. On October 11, 2018, the Honorable Daniel J. Stewart, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed with prejudice. Plaintiff timely filed objections to the Report-Recommendation.

       Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

       It is also noted that Chief United States District Judge Suddaby has issued an order enjoining plaintiff from filing further actions in this court without leave of the Chief

Judge. See In re Marco Bitetto, 18-PF-6.

Therefore, it is

ORDERED that

1. Plaintiff's complaint is DISMISSED WITH PREJUDICE; and

2. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: February 4, 2019
Utica, New York.